JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FERNANDO GOMEZ,

           Plaintiff,

           v.

LOMPOC FEDERAL CORRECTIONS
COMPLEX, et al.,

           Defendants.

Case No. 2:22-cv-00238-FLA (JDE)

**JUDGMENT**

Pursuant to the Order Dismissing Complaint and Denying Request to Proceed Without Prepayment of Filing Fees,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: April 5, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge